## PENNEY v. SOMERVILLE.

An appeal not filed within three judicial days after the return day, where the failure does not result from any neglect on the part of the clerk or other officer, and where no extension of time has been granted, must be dismissed.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Roselius*, for the appellant. *Mott*, for the defendant. *St. Paul*, for the intervenors. The judgment of the court was pronounced by

KING, J: A motion has been made to dismiss this appeal, on the ground that the transcript was not filed within the delay fixed by the order of the district judge.

The appeal was made returnable on the fourth monday of April, 1848, which was the 24th of the month. The transcript was not filed until the 12th of May following. More than three judicial days elapsed between those dates. The motion must prevail. See 8 La. 206. 6 Rob. 280. 2 An. R. 453, 769.

PENNEY
v.
SOMERVILLE.

*Appeal dismissed.* *

---

* Appeals in the cases of *Freeman* v. *His Creditors,* and *Randolph* v. *Tourne,* were also dismissed, for the same reasons.